**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7486

NICHOLAS R. CROWDER,

Petitioner - Appellant,

versus

DAVID A. GOAD, Sheriff, Allegany County,
Maryland,

Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
98-2867-S)

Submitted: December 3, 1998          Decided: December 23, 1998

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nicholas R. Crowder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nicholas Crowder appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Crowder v. Goad, No. CA-98-2867-S (D. Md. Sept. 1, 1998).[*] We deny Appellant's motion for en banc consideration of motion for bail or stay of state court proceedings. Further, although we have liberally construed all of Crowder's submissions, we likewise deny his "Motion for Liberal Consideration." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on August 31, 1998, the district court's records show that it was entered on the docket sheet on September 1, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2